# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Shawn Curran

V.

Jeanne S. Woodford and A.K. Scribner

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 04CV1942 WQH (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety, and Petitioner Shawn Curran's Petition for Writ of Habeas Corpus is denied.

| August 13, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON August 13, 2007

04CV1942 WQH (RBB)